171 A.3d 613

**AVEDISIAN**

v.

**RAPID FINANCIAL SERVICES**

**Pet. Docket No. 241, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 1035, Sept. Term, 2016).

Petition for writ of certiorari denied.

171 A.3d 613

**BANKS**

v.

**FAIR**

**Pet. Docket No. 237, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

(Nos. CADV17–14008 & CAL17–11876, Circuit Court for Prince George's County.)

Petition for writ of certiorari denied.